FISCHER S.A. COMERCIO, INDUSTRIA AND AGRICULTURA and Citrosuco North America, Inc., Plaintiffs–Appellants,

v.

UNITED STATES, Defendant–Appellee,

and

Florida Citrus Mutual and Citrus World, Inc., Defendants–Appellees,

and

A. Duda & Sons and Southern Gardens Citrus Processing Corporation, Defendants–Appellees.

No. 2011–1152.

United States Court of Appeals, Federal Circuit.

Aug. 1, 2011.

Matthew T. McGrath, Stephen W. Brophy, Barnes, Richardson & Colburn, Patryk J. Drescher, Department of Justice, Washington, DC, for Defendants–Appellees.

Robert G. Kalik, Chelsea Savoy Severson, Robert G. Kalik, P.C., Bethesda, MD, for Plaintiffs–Appellants.

Before PROST, Circuit Judge.

## ON MOTION

## ORDER

The appellants move to stay the proceedings in this appeal pending the United States' actions in response to a World Trade Organization report. The United States opposes. The appellants reply.

Upon consideration thereof,

It Is Ordered That:

The motion for a stay is denied.